UNITED STATES of America, Plaintiff–Appellee,

v.

**Keenan Levirt HUGHES, Defendant– Appellant.**

No. 01–6359.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Kenneth Michael Robinson, Washington, DC, for appellant. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Kennan Levirt Hughes seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Hughes,* Nos. CR–98–224; CA–00–1573 AM (E.D.Va. Feb. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*